THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SALVADOR MEDINA COVARRUBIAS, )
aka SALVADOR MEDINA, )
)
         Plaintiff, )
)
vs. ) CASE NO. 07-1183-WEB
)
WILDCAT CONSTRUCTION CO., )
INC., and WILDCAT CONCRETE )
SERVICES, INC., )
)
         Defendants. )
_____)

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

JUL 5   1 53 PM '07

RALPH L. DeLOACH
CLERK
BY _____ DEPUTY
AT WICHITA KS

## COMPLAINT

COMES NOW the plaintiff, Salvador Medina Covarrubias, aka Salvador Medina, by and through his counsel, the Ayesh Law Offices and for his complaint alleges and states as follows:

### A. PARTIES

1. Plaintiff Salvador Medina Covarrubias, aka Salvador Medina is an individual and a permanent resident of the United States and a resident of the state of Kansas.

2. Defendant Wildcat Construction Co., Inc., is Kansas corporation which may be served with legal process through its registered agent: Roger Sherwood, 833 N. Waco, P.O. Box 830, Wichita, KS 67201.

3. Defendant Wildcat Concrete Services, Inc., is Kansas corporation which may be served with legal process through its registered agent: Roger Sherwood, 833 N. Waco, P.O. Box 830, Wichita, KS 67201.

## B. JURISDICTION and VENUE

4. This is an employment case arising under the Fair Labor Standards Act, 29 U.S.C. § 207, et seq., ("FLSA"). This Court has subject matter jurisdiction over Plaintiff's claim pursuant to 28 U.S.C. § 1331.

5. Venue is proper in the Judicial District of Kansas pursuant to 28 U.S.C. §1391.

## C. FACTUAL ALLEGATIONS

6. Plaintiff was employed by defendants from 1992 until April 3, 2007.

7. As part of Plaintiff's duties of duties of employment, Plaintiff was provided with a company vehicle and was required to transport tools, equipment, supplies and other employees to the defendants' various job sites locally and in and around the state of Kansas. Plaintiff was not compensated for travel time.

8. Defendants paid wages and overtime compensation to its foremen for transporting tools, equipment, supplies and other employees to the defendants' various job sites locally and in and around the state of Kansas.

## C. CAUSE OF ACTION
## FLSA VIOLATION

9. Plaintiff incorporates by reference paragraphs 1 through 8 of this Complaint.

10. Defendants Wildcat Construction Co., Inc., and Wildcat Concrete Services, Inc., are joint employers.

11. Defendants unlawfully and willfully failed to pay wages for all hours worked and overtime compensation to plaintiff at the rate of one and one-half times the regular rate of pay at which he was employed, contrary to 29 U.S.C. §207.

12. Plaintiff is entitled to judgment against defendants for wages in an undetermined amount, liquidated damages, for costs, including reasonable attorney fees, and for such further relief as the Court deems proper.

Respectfully submitted,

AYESH LAW OFFICES

By: _____
Mark G. Ayesh, #10175
Ray E. Simmons, #12296
8100 East 22nd Street North
Building 2300, Suite 2
P. O. Box 781750
Wichita, KS  67278-1750
Telephone:  316-682-7381
*Attorneys for Plaintiff*

## DESIGNATION OF TRIAL

Plaintiff designates Wichita, Kansas as the location for the trial in this matter.

By: _____
Mark G. Ayesh, #10175
Ray E. Simmons, #12296
*Attorneys for Plaintiff*