IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SALVADOR MEDINA COVARRUBIAS, )
                              )
            Plaintiff,        )
VS                            )          No. 07-1183-WEB
                              )
WILDCAT CONSTRUCTION CO.,     )
INC., and WILDCAT CONCRETE    )
SERVICES, INC.,               )
                              )
            Defendants.       )
_____)

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the parties' Joint Stipulation of Dismissal (Doc. #11) and Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above captioned case is hereby dismissed with prejudice. Each party shall bear its own costs.

IT IS SO ORDERED.

s/Wesley E. Brown
Wesley E. Brown, Judge
United States District Court